# United States Court of Appeals
## For the First Circuit
_____

No. 01-1850


UNITED STATES OF AMERICA,

Appellee,

v.

ANTHONY CASTRO,

Defendant, Appellant.


_____

**ERRATA SHEET**

The opinion of this court, issued February 4, 2002, should be amended as follows:

On page 3, line 19, insert the word "to" before the word "find"